UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIE'S COSTUME COMPANY, INC., a New York corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>VANDUE CORPORATION, a California corporation; ERIC JACOBS, an individual; and KAROL JACOBS, an individual,<br><br>    Defendants. | Case No. 3:18-cv-1559-GPC-AGS<br><br>**ORDER DENYING WITHOUT PREJUDICE JOINT MOTION FOR ENTRY OF PERMANENT INJUNCTION**<br><br>[DKT. NO. 20.] |

On December 21, 2018, the parties filed a Joint Motion for Entry of Permanent Injunction ("Joint Motion"). (Dkt. No. 20.) In the Joint Motion, the parties indicate they have "move the Court for entry of a permanent injunction, which was agreed to as part of a settlement of all claims in this case." (Id.) In the proposed order, the parties set forth the terms of the proposed

"[T]he mere fact that the parties agree that the court should exercise continuing jurisdiction is not binding upon the court." Arata v. Nu Skin Int'l, Inc., 96 F.3d 1265, 1269 (9th Cir. 1996). "According to well established principles of equity, a plaintiff seeking a permanent injunction must satisfy a four-factor test before a court may grant such relief." eBay Inc. v. MercExchange, L.L.C., 547

1

U.S. 388, 391 (2006). Indeed, injunctive relief is an "extraordinary and drastic remedy that is never awarded as of right." Perfect 10, Inc. v. Google, Inc., 653 F.3d 976, 980 (9th Cir. 2011) (internal quotation marks omitted) (citing Munaf v. Geren, 553 U.S. 674, 689-90 (2008)). With the foregoing in mind, the Court is not prepared to enter a permanent injunction pursuant to the Joint Motion. The Joint Motion reveals the parties' agreement to settle this action; it does not indicate that Defendants "will not abide by the agreed upon settlement, such that a permanent injunction and retention of jurisdiction to enforce the settlement is required." Capitol Records, Inc. v. Kurnizki, No. 2:06cv2702-GEB(KJM), 2007 WL 214564, at *1 (E.D. Cal. Jan. 25, 2007). Accordingly, the Court DENIES without prejudice the parties' Joint Motion. Should Plaintiff and Defendants wish to file a joint motion that demonstrates that the requirements for a permanent injunction are satisfied, the Court will permit them to do so on or before **January 25, 2019**. Should Plaintiffs and Defendants wish to proceed with execution and performance of their settlement agreement notwithstanding the Court's denial of their request for a permanent injunction, the Court directs Plaintiffs and Defendants to file a joint motion for dismissal on or before **January 25, 2019**.

IT IS SO ORDERED.

Dated: January 8, 2019

Hon. Gonzalo P. Curiel
United States District Judge